**Affirmed and Memorandum Opinion filed September 28, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00361-CV

---

## IN THE INTEREST OF X.E., A CHILD

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-00633J**

---

## MEMORANDUM OPINION

This is an appeal from a final decree terminating Mother's and Father's parental rights as to their child. Only Father has appealed the trial court's judgment.

Father's counsel has filed a brief in which he concludes that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), in that it presents a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. The *Anders* procedures apply to an appeal from the termination of parental rights when an appointed attorney concludes there are no non-frivolous issues to assert on appeal.

*See In re D.E.S.*, 135 S.W.3d 326, 329 (Tex. App.—Houston [14th Dist.] 2004, no pet.).

On July 19, 2023, this court notified Father of the right to file a pro se response to the *Anders* brief. More than thirty days have elapsed and, as of this date, no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree that the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. A discussion of the brief would add nothing to the jurisprudence of the state.

Accordingly, the trial court's decree of termination is affirmed.

/s/     Tracy Christopher
        Chief Justice

Panel consists of Chief Justice Christopher and Justices Bourliot and Hassan.